UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEALED DEFENDANT JUVENILE )<br>MALE, )<br>Defendant. ) | Case No. 1:17-mj-297-WTL-MJD |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Defendant's counsel, Ralph W. Staples, Jr., be sanctioned $500.00 for multiple failures to comply with the Magistrate Judge's orders, the Court, pursuant to 28 U.S.C. § 636(b)(1), now approves and adopts the Report and Recommendation as follows:

1. Defendant's counsel, Ralph W. Staples, Jr., is sanctioned $500.00. Counsel shall pay the Clerk of the Court within 14 days of this order.

SO ORDERED this 1st day of August, 2018

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF